No. 114, Misc. MANNING v. NORTH CAROLINA, Sup. Ct. N. C. Certiorari denied.

No. 115, Misc. WHISMAN v. GEORGIA. Sup. Ct. Ga. Certiorari denied. *Reuben A. Garland* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *G. Ernest Tidwell,* Executive Assistant Attorney General, and *Marion O. Gordon,* Assistant Attorney General, for respondent.

No. 119, Misc. COX v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 120, Misc. ARGO v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 122, Misc. CUNNINGHAM v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 125, Misc. FLETCHER v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 128, Misc. FOY v. ALABAMA. Ct. App. Ala. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 129, Misc. ROBBINS v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied. *James M. H. Cullender* for petitioner.

No. 134, Misc. IVORY v. FLORIDA. C. A. 5th Cir. Certiorari denied.